IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03cv212-MHT |
| | ) | (WO) |
| CARLTON ALBERT BAKER, JR., | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 3, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the 28 U.S.C. § 2255 motion filed by Baker is DENIED as the claims therein entitle him to no relief.

Done this 28th day of February, 2006.

                                               /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE