IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03cv212-MHT |
| | ) | (WO) |
| CARLTON ALBERT BAKER, JR., | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the United States and against the petitioner, that this action be and is hereby dismissed, and that the United States recover the costs of this action.

Done this 28th day of February, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE